# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D23-1904
Lower Tribunal No. 2019-CA-006950

————————————————

DIRECT GENERAL INSURANCE COMPANY,

Appellant,

v.

FATIMA DIAZ, ORLANDO INJURY CENTER, INC., and OPTIMUM ORTHOPEDICS & SPINE, LLC,

Appellees.

————————————————

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

March 12, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.


Alfred Villoch and Robert K. Savage, of Savage Villoch Law, PLLC, Tampa, for Appellant.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellee, Fatima Diaz.

Douglas H. Stein, of Douglas H. Stein, P.A., Coral Gables, for Appellee, Orlando Injury Center, Inc.

No Appearance for Appellee, Optimum Orthopedics & Spine, LLC.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED